1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
9

10 RODNEY CARL WHEELER,

11          Plaintiff,

12     v.

13 ATTORNEY GENERAL'S OFFICE et al.

14          Defendants.

CASE NO. 3:11-cv-05311-RBL-JRC

ORDER DENYING PLAINTIFF'S
PENDING MOTIONS

15

16     This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned

17 Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate

18 Judge Rules MJR 1, MJR 3, and MJR 4. This action involves disclosure of information,

19 un-redacted arrest and incident reports, from the Thurston County Prosecutor's Office to

20 the Washington State Attorney General's Office. Plaintiff asks for monetary damages

21 (ECF No. 5).

22     The Washington Attorney General's Office has filed a motion for judgment on the

23 pleadings (ECF No. 13).  In response, plaintiff has filed a motion asking for an extension

24

1  of time from July 17, 2011, until July 24, 2011 to file a response.  It is now August 5,

2  2001 and no response has been filed.  The motion for an extension of time is DENIED.

3          Plaintiff also asks for a subpoena for his own testimony in a "CRIMINAL CASE."

4  (ECF No. 16).This action is a civil action and plaintiff does not need a subpoena to obtain

5  his own testimony.  This motion is also DENIED.

6          Dated this 8th day of August, 2011.

7

8

9                                        J. Richard Creatura
                                         United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24