UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RODNEY CARL WHEELER,<br><br>Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL'S OFFICE et al.<br><br>Defendants. | CASE NO. C11-5311-RBL-JRC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS |

This 42 U.S.C. §1983 civil rights matter, has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4. The sole remaining defendant in this action, the Thurston County Prosecutors Office, has filed a motion to dismiss the action as time barred (ECF No. 29). Plaintiff asks that the motion be struck from the calendar as the papers were not signed (ECF No. 31). The motion was electronically filed and the signature line contains the symbol "/S/"(ECF

1 | No. 29). This constitutes signature and the motion to strike the motion to dismiss is DENIED.

2 | The Court will address the motion to dismiss in a separate Report and Recommendation.

Dated this 14th day of December, 2011.

J. Richard Creatura
United States Magistrate Judge