UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RODNEY CARL WHEELER,

         Plaintiff,

   v.

ATTORNEY GENERAL'S OFFICE et al,.

         Defendants.

CASE NO. C11-5311-RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation [Dkt. #36], and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is DISMISSED. Plaintiff fails to state a claim and the action is time barred. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915 (e)(2). In forma pauperis status is revoked for purposes of appeal.

DATED this 10th day of January, 2012.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1